United States District Court
Southern District of Texas
FILED

OCT 23 2019

David J. Bradley, Clerk

AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Juan Pablo Escobar *PRINCIPAL* USC
YOB: 1963

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:
M-19-2597-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 21, 2019 in Starr County, in the Southern District of Texas defendants(s) did,
(*Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Leandro Pereira De Souza, a citizen and national of Brazil, for a total of one (1), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas, by means of a motor vehicle,**

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii) FELONY
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On October 21, 2019 a Border Patrol Agent received information via radio, from camera operator, of several subjects crossing the Rio Grande River, in an area known as "The Party Place". This area is south of Roma Texas, located at the edge of the Rio Grande River and is highly used by smugglers due to its proximity to the river.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved on 10/23/19 by AUSA Kristina Pekkala

Signature of Complainant

Maria Guerrero Border Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 23, 2019 12:50pm at McAllen, Texas
Date City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-19-2597-M**

**RE: Juan Pablo Escobar**

**CONTINUATION:**

The camera operator called out one of the subjects getting inside a dark in color pick-up truck. A Border Patrol Agent responded to the area and with the guidance of the camera operator was able to locate the dark pick-up truck. The Border Patrol Agent initiated a vehicle stop to conduct Immigration inspections. The Border Patrol Agent identified himself and questioned the driver and passenger as to their citizenship. The passenger was found with no documentation allowing him to be in the United States legally. The driver, a United States Citizen, later identified as Juan Pablo Escobar, admitted to be transporting an undocumented alien. The driver and the passenger were transported separately to the Rio Grande City, Texas Border Patrol Station for processing.

PRINCIPAL STATEMENT:

Juan Pablo Escobar, a citizen and national of the United States, was read his Miranda rights and stated he understood his rights and agreed to answer questions without the presence of an attorney.

Escobar stated that after he was leaving "The Party Place", a subject came up to him and gestured with his hand to the north, which Escobar took as a sign that the subject wanted to go north. Escobar stated that he asked the subject if he had papers and that the subject grabbed his shirt pocket and he took that as an indication the subject had papers. Escobar stated that he was going to drive the subject to the nearest store and that he was not going to get any monetary payment for transporting the subject.

MATERIAL WITNESS STATEMENT:

Leandro Pereira-De Souza, a citizen and national of Brazil, was read his Miranda rights by a Portuguese speaking Border Patrol Agent. Pereira acknowledged he understood his rights and stated he was not willing to answer questions without the presence of an attorney.